The PEOPLE OF the TERRITORY OF GUAM, Plaintiff/Appellee,

v.

JAE HUNG YANG, Defendant/Appellant.

No. 85–1252.

United States Court of Appeals, Ninth Circuit.

Dec. 9, 1987.

Before: BROWNING, Chief Judge, GOODWIN, WALLACE, KENNEDY, ANDERSON, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, and LEAVY, Circuit Judges.

## ORDER

Upon the vote of a majority of the nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The previous three-judge panel assignment is withdrawn.